UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

BARIS OZKAPTAN,

                Petitioner,                20-CV-0747 (JMF)

    and                                        ORDER

CITIGROUP, INC.,

                Respondent.

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On January 28, 2020, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which he intends to support his petition to confirm by **February 12, 2020**. Respondent's opposition, if any, is due on **February 26, 2020**. Petitioner's reply, if any, is due **March 4, 2020**.

Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than **February 12, 2020**, and shall file an affidavit of such service with the court no later than **February 13, 2020**.

    SO ORDERED.

Dated: January 29, 2020  
       New York, New York  
                                                   JESSE M. FURMAN  
                                                   United States District Judge