**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
BARIS OZKAPTAN,

                Petitioner,　　　　　　　　20 **CIVIL** 747 (JMF)

      -against-　　　　　　　　　　　　　　　　**JUDGMENT**

CITGROUP, INC.,

                Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated Nov 6, 2020, Ozkaptan's petition is granted in part and denied in part, and Citigroup's cross-motion is granted; more specifically, the Award is confirmed but the Court declines to enforce the Award on the grounds that Citigroup has already complied with it; accordingly, the case is closed**.**

**Dated**: New York, New York
       November 6, 2020

                                                 RUBY J. KRAJICK
                                           _____
                                                 **Clerk of Court**
                               **BY:**
                                              _____
                                                  **Deputy Clerk**